# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MAGNOLIA WOODS CIVIC
ASSOCIATION, INC., STEPHEN
A. AND MARGARET CROCKETT
HARRISON, THOMAS AND AVA
LOSAVIO, KEITH AND EMILY
MAUNG-DOUGLASS

VERSUS

THE CITY OF BATON
ROUGE/PARISH OF EAST BATON
ROUGE

NO.   2022 CW 0221

**JUNE 21, 2022**

---

In Re:   Magnolia Woods Civic Association, Inc., Steven and
Margaret Harrison, Thomas and Ava Losavio, and Keith
and Emily Maung-Douglass, applying for supervisory
writs, 19th Judicial District Court, Parish of East
Baton Rouge, No. 671,654.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's January 24, 2022 judgment granting the exception of no cause of action filed by Defendants, Gene Luther, Lisa Luther, and Mount Hope Plantation House, LLC, is hereby reversed. The well-pleaded facts of a plaintiff's petition must be accepted as true by a court deciding an exception of no cause of action. **Indus. Companies, Inc. v. Durbin**, 2002-0665 (La. 1/28/03), 837 So.2d 1207, 1215-16. For the purposes of this exception, this court accepts all of Plaintiffs' well-pleaded factual allegations, "unaffected by the defendants' contentions in pleadings, memoranda, and oral argument." **Id.** Following our *de novo* review of Plaintiffs' petition in the instant case, we cannot say "beyond doubt that the plaintiff can prove no set of facts in support of any claim which would entitle him to relief." **Fink v. Bryant**, 2001-0987, (La. 11/28/01), 801 So.2d 346, 349. We find that plaintiffs have stated a cause of action against Defendants. Accordingly, the Defendants', Gene Luther, Lisa Luther, and Mount Hope Plantation House, LLC, exception of no cause of action is denied. In addition, to the extent that the district court's January 24, 2022 judgment dismissed Defendant, The City of Baton Rouge/Parish of East Baton Rouge, which was not a party to the exception of no cause of action, the judgment is reversed.

                              **VGW**
                              **JMG**
                              **EW**

COURT OF APPEAL, FIRST CIRCUIT

*q.S~ρ*
_____
DEPUTY CLERK OF COURT
FOR THE COURT